# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED by PG D.C.
AUG 22 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA – MIAMI

| United States District Court | District SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| Name (under which you were convicted): DEVON DASHELLE SAWYER | Docket or Case No.: 1:16-CR-20699-JEM |
| Place of Confinement: D. RAY JAMES C.I. PO BOX 2000 FOLKSTON, GA 31537 | Prisoner No.: # 09491-104 |
| UNITED STATES OF AMERICA UNITED STATES OF AMERICA | Movant (include name under which convicted) v. DEVON DASHELLE SAWYER |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF FLORIDA MIAMI D
   Wilkie D. Ferguson, Jr. UNITED STATES COURTHOUSE
   400 North Miami Avenue, Room 8
   MIAMI, FLORIDA 33128

   (b) Criminal docket or case number (if you know): 113C 1:16-CR-20699

2. (a) Date of the judgment of conviction (if you know): January 05, 2017

   (b) Date of sentencing: 01/05/2017.

3. Length of sentence: 46 Months imprisionment

4. Nature of crime (all counts): Title 21 U.S.C. § 846 Conspiracy to possess with the intent to distribute more than 500 Grams of cocaine.

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

   cat/div S/O /2255/MIA
   Case # _____
   Judge MARTINEZ Mag WHITE
   Motn Ifp ___ Fee pd $ ___
   Receipt # _____

6. If you went to trial, what kind of trial did you have? (Check one) N/A   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? N/A Yes ☐   No ☐

8. Did you appeal from the judgment of conviction? N/A   Yes ☐   No ☐

9. If you did appeal, answer the following: **N/A**
   (a) Name of court:
   (b) Docket or case number (if you know):
   (c) Result:
   (d) Date of result (if you know):
   (e) Citation to the case (if you know):
   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court? **N/A** Yes ☐ No ☐
       If "Yes," answer the following:
       (1) Docket or case number (if you know): **N/A**
       (2) Result: **N/A**
       (3) Date of result (if you know): **N/A**
       (4) Citation to the case (if you know): **N/A**
       (5) Grounds raised: **N/A**

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐  No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: **N/A**
        (2) Docket or case number (if you know): **N/A**
        (3) Date of filing (if you know): **N/A**
        (4) Nature of the proceeding: **N/A**
        (5) Grounds raised: **N/A**

     (6) Did you receive a hearing where evidence was given on your motion, petition, or application?

           Yes ☐    No ☐   **N/A**

     (7) Result:    **N/A**

     (8) Date of result (if you know): **N/A**

(b) If you filed any second motion, petition, or application, give the same information:

     (1) Name of court: **N/A**

     (2) Docket of case number (if you know): **N/A**

     (3) Date of filing (if you know): **N/A**

     (4) Nature of the proceeding: **N/A**

     (5) Grounds raised: **N/A**

     (6) Did you receive a hearing where evidence was given on your motion, petition, or application?

           Yes ☐    No ☐   **N/A**

     (7) Result:

     (8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

     (1) First petition:    Yes ☒    No ☐

     (2) Second petition:    Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

**I instructed my Attorney to file a notice of appeal. He failed to do so, this is why, I am requesting to be allowed to file a belated appeal to the Eleventh Circuit.**

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** COUNSEL WAS CONSTITUTIONALLY INEFFECTIVE FOR FAILURE TO FILE A NOTICE OF APPEAL AS REQUESTED BY PETITIONER.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner requested to his trial-Attorney to file a notice of appeal. Attorney failed to file a timely notice of appeal to the Eleventh Circuit Court of Appeals.

Now the petitioner respectfully requests to this Honorable Court to allow him, to file a belated appeal to the Eleventh Circuit Court of Appeals, and to appoint a New Attorney as required by Rule 44(a),(CJA)(3006A). Please read "Memo" Attached to this Petition.

(b) **Direct Appeal of Ground One:** N/A

   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☐   **N/A**

   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:** N/A

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☐   **N/A**

   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:   **N/A**

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):   **N/A**

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☐   **N/A**

   (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐   No ☐   **N/A**

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐   No ☐   **N/A**

 (6) If your answer to Question (c)(4) is "Yes," state: **N/A**

 Name and location of the court where the appeal was filed:

 Docket or case number (if you know):

 Date of the court's decision:

 Result (attach a copy of the court's opinion or order, if available):

 (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **N/A**

GROUND TWO: **WAS DEFENDANT'S SENTENCE SUBSTANTIALLY REASONABLE IN LIGHT OF THE TOTALITY OF CIRCUMSTANCES OF 18 U.S.C. § 3553(a), AND 5H1.6**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The petitioner contends that his sentence was unduly harsh given the circumstances of case Law available, and defendant's with similar conduct and similar records. The petitioner contends that he requested from his trial-Attorney to request a downward variance in this case, given the circumstances, of Mr. Sawyer's health, and family. The petitioner has a family, Son, and Daughter, wife that depend on him for his support, Mr. Sawyer is a loving father of his two children who as this moment, they are suffering very much for their father benn in prison, the children are suffering with Stress, and depression, NOW we have cases from different Cir.

(b) Direct Appeal of Ground Two: that could help Mr. Sawyer. Read Memo.

 (1) If you appealed from the judgment of conviction, did you raise this issue?
  Yes ☐ No ☐ **N/A**

 (2) If you did not raise this issue in your direct appeal, explain why: **N/A**

(c) **Post-Conviction Proceedings:**

 (1) Did you raise this issue in any post-conviction motion, petition, or application?
  Yes ☐ No ☐ **N/A**

(2) If you answer to Question (c)(1) is "Yes," state:   N/A

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☐   N/A

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☐   N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:   N/A

---

**GROUND THREE:**   None.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐    No ☐   **N/A**

  (2) If you did not raise this issue in your direct appeal, explain why:
    **N/A**

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐    No ☐   **N/A**

  (2) If you answer to Question (c)(1) is "Yes," state: **N/A**

  Type of motion or petition:

  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know):

  Date of the court's decision:

  Result (attach a copy of the court's opinion or order, if available):


  (3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☐   **N/A**

  (4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☐   **N/A**

  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☐   **N/A**

  (6) If your answer to Question (c)(4) is "Yes," state:   **N/A**

  Name and location of the court where the appeal was filed:

  Docket or case number (if you know):

  Date of the court's decision:

  Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **N/A**

## GROUND FOUR: NONE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐    No ☐    **N/A**
   (2) If you did not raise this issue in your direct appeal, explain why:
       **N/A**

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐    No ☐    **N/A**

   (2) If you answer to Question (c)(1) is "Yes," state:    **N/A**
   Type of motion or petition:
   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):
   Date of the court's decision:
   Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐   **N/A**

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐   **N/A**

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐   **N/A**

(6) If your answer to Question (c)(4) is "Yes," state: **N/A**

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **N/A**

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: **N/A**

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging: **SAMUEL J. RABIN, JR., P.A.**

    (a) At the preliminary hearing: **ANDREA-LOPEZ, ASSISTANT OF MR. RABIN**

    (b) At the arraignment and plea: **ANDREA-LOPEZ, Assistant of Mr. RABIN.**

    (c) At the trial: **NO TRIAL.**

    (d) At sentencing: **SAMUEL J. RABIN, JR. P.A.**

    (e) On appeal: **No Appeal was taken by Counsel of record.**

    (f) In any post-conviction proceeding: **N/A**

    (g) On appeal from any ruling against you in a post-conviction proceeding: **N/A**

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed: **N/A**

    (c) Give the length of the other sentence:

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? **N/A**    Yes ☐    No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*
    **The petitioner was sentenced on January 05, 2017.**

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)            Page 13

Therefore, movant asks that the Court grant the following relief: **Vacate, the sentence and remand for resentencing, Granting a Downward Variance, on his petition under U.S.S.G. § 5H1.5 Family Ties, and 5K2.0.**
or any other relief to which movant may be entitled. **Or to remand for a belated appeal, and to appoint a New Counsel as required by Rule 44(a)(CJA), (3006A). Or any other kind of relief that this Court deems just proper and necessary to comply with the sentencing.**
**God bless this Honorable Court of Justice.**

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

(month, date, year)

Executed (signed) on : _[signature]_     (date) : **August 18, 2017.**

**DEVON DASHELLE SAWYER**
**REG NO: 09491-104**
**D. RAY JAMES C.I.**
**PO BOX 2000**
**FOLKSTON, GA 31537.**

_[signature]_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Page 13.

```
DEVON DASHELLE SAWYER
REG NO: 09491-104
D. RAY JAMES C.I.
PO BOX 2000
FOLKSTON, GA 31537
```





```
UNITED STATES DISTRICT COURT
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8
MIAMI, FLORIDA 33128
```

AUG 1 7 2017

D. Ray James Prison
Hwy 252 - P.O. Box 2000 - Folkston, GA 31537
"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility/center has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return enclosure to the above address."